IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ZAVION JOHNSON,** | CIV S-07-0357 DFL DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **TOM FELKER, Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE appearing, respondents' March 27, 2007 request for extension of time will be granted. IT IS HEREBY ORDERED that respondents shall file a response to petitioner's Petition for Writ of Habeas Corpus on or before May 4, 2007.

DATED: March 28, 2007.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/john0357.111