1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    **ZAVION JOHNSON,**                               CIV S-07-0357 DFL DAD P
12
                                        Petitioner,   **ORDER**
13
              **v.**
14
    **TOM FELKER, Warden, et al.,**
15
                                       Respondents.
16

17

18          On May 1, 2007, respondents requested a second extension of time to file a response to

19  petitioner's application for writ of habeas corpus.  GOOD CAUSE appearing, IT IS HEREBY

20  ORDERED that respondent's response to petitioner's application for writ of habeas corpus be

21  filed on or before June 4, 2007.

22  DATED: May 2, 2007.

23

24  _____
    DALE A. DROZD
25  UNITED STATES MAGISTRATE JUDGE

26  /john0357.111(2)

27

28