IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZAVION JOHNSON,

    Petitioner,                  No. CIV S-07-0357 RRB DAD P

    vs.

TOM FELKER, et al.,

    Respondents.              ORDER

_____/

        Petitioner has requested a sixty-day extension of time to file a traverse. Good cause appearing, the court will grant petitioner's request for a sixty-day extension of time.

        Petitioner has also requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's July 6, 2007 request for an extension of time (Doc. 13) is granted;

2. Petitioner is granted sixty days from the date of this order in which to file a traverse; and

3. Petitioner's request for appointment of counsel is denied.

DATED: July 23, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:cm
john0357.111+